UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                22 cr 480 (JGK)

HENRY BEATO,
                        Defendant.
-----------------------------------------------------------X

       It is hereby ordered that Patrick Joyce, Esq., be appointed as counsel to the above-named defendant, for purposes of the pending violation proceeding.

**SO ORDERED.**

                                                                    _____
                                                                 **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        August 10, 2023