# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040

January 4, 2024

Honorable John J. Koeltl
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

*Conference adjourned to February 22, 2024 at 11:30 A.M. in Courtroom 14A.*

*So Ordered*
*JGK/Koeltl*
*1/5/24*
*USDJ*

**Re: <u>United States v. Henry Beato</u>**
**22 Cr 480 (JGK)**

Dear Judge Koeltl,

    I am the attorney presently assigned to represent Mr. Beato in his Violation of Supervised Release which is pending before your honor. At this time the case is scheduled for an appearance on January 10, 2024. The court has asked the parties to offer an update as to the pending state court cases which support the underlying violation charges.

    Mr. Beato's state court charges remain unresolved, and he is scheduled to appear for trial in the Bronx on January 12, 2024, and in New Rochelle on a different state charge on January 12, 2024. For these reasons, I respectfully request that the court grant a 45-day adjournment for the VOSR hearing pending the outcome of Mr. Beato's open state cases.

I have spoken with the U.S. Attorney's Office and with the U.S. Probation Office and they both consent to this request.

    This is the third request for an adjournment.

Respectfully Submitted,

*Patrick Joyce*
Patrick Joyce
Attorney for Henry Beato