UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                        22 cr 480 (JGK)

HENRY BEATO,                                      **ORDER**

                Defendant.
-------------------------------------------------------------X

The Court, having dismissed the petition on violation of supervised release on June 26, 2024, hereby cancels the conference scheduled for Tuesday, August 6, 2024, at 11:00am.

**SO ORDERED.**

                                                  JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         August 5, 2024